

# IN THE
# TENTH COURT OF APPEALS

### No. 10-18-00050-CV

**A-MEDICAL ADVANTAGE HEALTHCARE SYSTEMS, ASSOCIATED, KEVIN WILLIAMS, M.D., ADVANTAGE MEDICAL CLINIC, INC., JOHN ZACHARIAS AND LINDA RILEY,**

**Appellants**

 **v.**

**JULIA SHWARTS, INDIVIDUALLY AND AS EXECUTOR OF THE ESTATE OF KALMAN SHWARTS, AND KAL SHWARTS, M.D., P.A.,**

**Appellees**

---

**From the 13th District Court
Navarro County, Texas
Trial Court No. D15-24567-CV**

---

## O R D E R

---

Appellants' Rule 28.1 Motion to Dispense with Briefing is dismissed as moot.

Appellants' Brief was filed on March 26, 2018.

PER CURIAM

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Order issued and filed April 18, 2018

